ERIKA A. KELTON (State Bar No. 133300)
LARRY P. ZOGLIN (State Bar No. 87313)
PHILLIPS & COHEN LLP
131 Steuart Street, Suite 501
San Francisco, California 94105
Tel: (415) 836-9000

Attorneys for *Qui Tam* Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. [*Qui Tam* Plaintiff],<br><br>Plaintiffs,<br><br>vs.<br><br>GILEAD SCIENCES INC.,<br><br>Defendant. | Case No. C 05 4344 SI (BZ)<br><br>UNSEALED NOTICE OF *QUI TAM* PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

UNSEALED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On March 2, 2009, the *qui tam* Plaintiff in the above-entitled action, through undersigned counsel, Noticed the voluntary dismissal of this action without prejudice. On March 9, 2009, pursuant to said Notice, the Court issued an Order dismissing the Complaint, First Amended Complaint, and Second Amended Complaint without prejudice.

Respectfully submitted,

Dated: March 24, 2009     By:     /s/ Larry P. Zoglin
                                  Erika A. Kelton (SBN #133300)
                                  Larry P. Zoglin (SBN # 87313)
                                  PHILLIPS & COHEN LLP
                                  131 Steuart Street, Suite 501
                                  San Francisco, CA 94105
                                  Tel: (415) 836-9000
                                  Fax: (415) 836-9001

                                  Attorneys for *Qui Tam* Plaintiff